# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VENIAMIN VULPE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | NO.   20-cv-6074 |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

# ORDER

AND NOW, this __10TH__ day of February, 2022, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Petition for Review (ECF No. 10), Defendant's Response (ECF No. 11) and Plaintiff's Reply thereto (ECF No. 12), IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge